IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ANOOP PILLAI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:21-cv-596 (RDA/JFA) |
| | ) | |
| ASTA CRS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on Plaintiff Anoop Pillai's Notice of Voluntary Dismissal With Prejudice. Dkt. 6. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i), the action is DISMISSED WITH PREJUDICE.

It is SO ORDERED.

Alexandria, Virginia
August 24, 2021

/s/
Rossie D. Alston, Jr.
United States District Judge